# GORDON & REES LLP

www.gordonrees.com
275 Battery Street, 20th Floor
San Francisco, California 94111
(415) 986-5900
Tax ID: 94-1617026

Steve Pyle  
Brandom Holdings LLC  
404 Hawkins Street  
Hillsboro, TX 76645

August 19, 2013  
ID: BHLLC 1084083  
Invoice No. 20154597  
Bragalone, Robert A.

RE: Black Hills v. Brandom

## BILLING SUMMARY THROUGH July 31, 2013

Fees For Professional Services: ■  
Expenses and Advances: ■

**Current Bill:** ■

Previous Balance Due: ■  
Payments and Credits: ■

**Total Balance Due:** ■

## Professional Services

| Date | Description | Init | Hours |
|------|-------------|------|-------|



Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

Brandom Holdings LLC
ID: BHLLC 1084083
Invoice No.: 20154597

August 19, 2013
Page 3

| Date | Description | Init | Hours |
|------|-------------|------|-------|



07/19/13  Prepare strategy for filing a motion to compel Black Hills Molding to produce additional documents, fully respond to interrogatory responses, and produce its corporate representative for continued deposition;   JPM3   8.40

Exchange meet-and-confer correspondence with counsel for Black Hills Molding regarding anticipated motion to compel;

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

| Date | Description | Init | Hours |
|---|---|---|---|
| 07/22/13 | Review and analysis of Plaintiff's discovery responses in preparation for drafting Defendant's motion to compel | CSN | 0.70 |
| 07/23/13 | Begin drafting Brandom Holding's Motion to Compel Discovery Responses | CSN | 7.00 |
| 07/24/13 | ███████████████████████████████████████ Review and revise motion to compel; ███████ | JPM3 | 5.50 |
| 07/24/13 | Continue drafting Brandom Holding's Motion to Compel | CSN | 7.50 |
| 07/25/13 | Draft affidavit of Joshua Martin in support of Brandom Holding's Motion to Compel | CSN | 1.00 |
| ███ | ████████████████████████████████████████ | ███ | ███ |
| 07/25/13 | Finalize draft of Brandom Holding's Motion to Compel discovery responses | CSN | 4.50 |

TOTAL FOR SERVICES ███

## Services Recap

| Init | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| CSN | Christopher Norcross | Associate | 300.00 | ███ | ███ |
| JPM3 | Joshua Martin | Senior Counsel | 300.00 | ███ | ███ |
| SAG | Sandra Grossman | Case Assistant | 175.00 | ███ | ███ |

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

Brandom Holdings LLC
ID: BHLLC 1084083
Invoice No.: 20154597

August 19, 2013
Page 6

## Expenses

| Date | Description | Amount |
|---|---|---|



TOTAL EXPENSES

---

## Outstanding Statements as of August 19, 2013

| Invoice Number | Date | Balance Due |
|---|---|---|

**Total Accounts Receivable Balance:**

# GORDON & REES LLP

www.gordonrees.com
275 Battery Street, 20th Floor
San Francisco, California 94111
(415) 986-5900
Tax ID: 94-1617026

Steve Pyle
Brandom Holdings LLC
404 Hawkins Street
Hillsboro, TX 76645

August 19, 2013
ID: BHLLC 1084083
Invoice No. 20154597
Bragalone, Robert A.

RE: Black Hills v. Brandom

## BILLING SUMMARY THROUGH July 31, 2013

Fees For Professional Services: █
Expenses and Advances: █

**Current Bill:** █

Previous Balance Due: █
Payments and Credits: █

**Total Balance Due:** █

# GORDON & REES LLP
www.gordonrees.com
275 Battery Street, 20th Floor
San Francisco, California  94111
(415) 986-5900
Tax ID: 94-1617026

Steve Pyle
Brandom Holdings LLC
404 Hawkins Street
Hillsboro, TX  76645

August 19, 2013
ID: BHLLC  1084083
Invoice No. 20154597
Bragalone, Robert A.

RE: Black Hills v. Brandom

## BILLING SUMMARY THROUGH July 31, 2013

Fees For Professional Services:
Expenses and Advances:

**Current Bill:**

Previous Balance Due:
Payments and Credits:

**Total Balance Due:**

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

Brandom Holdings LLC
ID: BHLLC 1084083
Invoice No.: 20154597

August 19, 2013
Page 2

## Professional Services

| Date | Description | Init | Hours |
|------|-------------|------|-------|



Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

| Date | Description | Init | Hours |
|------|-------------|------|-------|



07/19/13  Prepare strategy for filing a motion to compel Black Hills Molding to produce additional documents, fully respond to interrogatory responses, and produce its corporate representative for continued deposition; ▮  JPM3  8.40

Exchange meet-and-confer correspondence with counsel for Black Hills Molding regarding anticipated motion to compel; ▮

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

| Date | Description | Init | Hours |
|---|---|---|---|
| 07/22/13 | Review and analysis of Plaintiff's discovery responses in preparation for drafting Defendant's motion to compel | CSN | 0.70 |
| 07/23/13 | Begin drafting Brandom Holding's Motion to Compel Discovery Responses | CSN | 7.00 |
| 07/24/13 | ███████████████████████████████████████ | JPM3 | 5.50 |
| | Review and revise motion to compel; ████████████ | | |
| 07/24/13 | Continue drafting Brandom Holding's Motion to Compel | CSN | 7.50 |
| 07/25/13 | Draft affidavit of Joshua Martin in support of Brandom Holding's Motion to Compel | CSN | 1.00 |
| | ████████████████████████████████████████ | ███ | ███ |
| 07/25/13 | Finalize draft of Brandom Holding's Motion to Compel discovery responses | CSN | 4.50 |

TOTAL FOR SERVICES ████

## Services Recap

| Init | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| CSN | Christopher Norcross | Associate | 300.00 | ███ | ███ |
| JPM3 | Joshua Martin | Senior Counsel | 300.00 | ███ | ███ |
| SAG | Sandra Grossman | Case Assistant | 175.00 | ███ | ███ |

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

Brandom Holdings LLC
ID: BHLLC 1084083
Invoice No.: 20154597

August 19, 2013
Page 6

## Expenses



| Date | Description | Amount |
|------|-------------|--------|
| ███ | ████████████████ | ███ |
| ███ | ████████████████ | ███ |
| ███ | ████████████████ | ███ |
| ███ | ████████████████ | ███ |

TOTAL EXPENSES ███

---

## Outstanding Statements as of August 19, 2013

| Invoice Number | Date | Balance Due |
|----------------|------|-------------|
| ████████████ | ██████ | ███ |

Total Accounts Receivable Balance:

## GORDON & REES LLP
www.gordonrees.com
275 Battery Street, 20th Floor
San Francisco, California 94111
(415) 986-5900
Tax ID: 94-1617026

Steve Pyle
Brandom Holdings LLC
404 Hawkins Street
Hillsboro, TX 76645

August 19, 2013
ID: BHLLC 1084083
Invoice No. 20154597
Bragalone, Robert A.

RE: Black Hills v. Brandom

---

## BILLING SUMMARY THROUGH July 31, 2013

Fees For Professional Services:
Expenses and Advances:

**Current Bill:**

Previous Balance Due:
Payments and Credits:

**Total Balance Due:**

---

**REMITTANCE COPY**
PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT