

## BLACK HILLS MOLDING, INC
2430 Dyess Ave.
Rapid City, SD 57701

Voice: 605-341-1158
Fax: 605-341-4351



EXHIBIT 3
Dave Mallams
C. HARKINS 7-11-13

# INVOICE

Invoice Number: B-12750
Invoice Date: Mar 1, 2012
Discount Date: Mar 11, 2012
Discount Amount:
Page: 1

### Bill To:
Brandom Holdings, LLC
Brandom Cabinets
404 Hawkins
Hillsboro, TX 76645
USA

### Ship to:
Brandom Cabinets
404 Hawkins
Hillsboro, TX 76645
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Brandom Cabinets | Brandom Inventory | Net 10 Days |

| Sales Rep Name | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| David W. Mallams | Best Way | 3/1/12 | 3/11/12 |

| Quantity | U/M | Description | Unit Price | Amount |
|---|---|---|---|---|
| 59 | <Each> | 14662 2.25 X 8.625-DR BACK | 0.350 | 20.65 |
| 2,267 | <Each> | 14663 2.25 X 11.625-DR BACK | 0.480 | 1,088.16 |
| 362 | <Each> | 14664 2.25 X 14.625-DR BACK | 0.590 | 213.58 |
| 343 | <Each> | 14665 2.25 X 17.625-DR BACK | 0.710 | 243.53 |
| 52 | <Each> | 14667 2.25 X 26.625-DR BACK | 1.050 | 54.60 |
| 6,531 | <Each> | 14669 3.75 X 5.625-DR BACK | 0.390 | 2,547.09 |
| 894 | <Each> | 14670 3.75 X 10.125-DR BACK | 0.680 | 607.92 |
| 930 | <Each> | 14671 3.75 X 13.125-DR BACK | 0.870 | 809.10 |
| 500 | <Each> | 14672 3.75 X 16.125-DR BACK | 1.060 | 530.00 |
| 981 | <Each> | 14673 3.75 X 19.125-DR BACK | 1.260 | 1,236.06 |
| 658 | <Each> | 14675 3.75 X 26.625-DR BACK | 1.740 | 1,144.92 |
| 343 | <Each> | 14676 3.75 X 29.625-DR BACK | 1.940 | 665.42 |
| 1,183 | <Each> | 14677 5.25 X 5.625-DR BACK | 0.540 | 638.82 |
| 1,001 | <Each> | 14700 7.25 X 17.5 DR SIDE | 1.700 | 1,701.70 |
| 1,658 | <Each> | 14701 3.75 X 17.75-DR SIDE | 1.250 | 2,072.50 |
| 285 | <Each> | 14705 3.75 X 14.5-DR SIDE | 1.040 | 296.40 |
| 1,624 | <Each> | 14707 2.25 X 14.5-DR SIDE | 0.640 | 1,039.36 |
| 1 | <Each> | 14715 2.25 X 20.75-DR SIDE | 1.020 | 1.02 |
| 330 | <Each> | 14719 7.25 X 17.75-DR SIDE | 2.400 | 792.00 |
| 512 | <Each> | 14726 3.75 X 8.5 -DR SIDE | 0.600 | 307.20 |
| 539 | <Each> | 14727 2.25 X 11.75 -DR SIDE LT | 0.510 | 274.89 |
| 746 | <Each> | 14737 5.25 X 8.625-DR BACK | 0.810 | 604.26 |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | |
| TOTAL | Continued |

Claims or discrepancies must be filed within 30 days of invoice date. Unpaid invoices over 30 days are subject to finance charge of 1 3/4% per month, 21% per year.

EXHIBIT 8

BRANDOM000089



# INVOICE

Invoice Number: B-12750
Invoice Date: Mar 1, 2012
Discount Date: Mar 11, 2012
Discount Amount:
Page: 2

**BLACK HILLS MOLDING, INC**
2430 Dyess Ave.
Rapid City, SD 57701

Voice: 605-341-1158
Fax: 605-341-4351

**Bill To:**
Brandom Holdings, LLC
Brandom Cabinets
404 Hawkins
Hillsboro, TX 76645
USA

**Ship to:**
Brandom Cabinets
404 Hawkins
Hillsboro, TX 76645
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Brandom Cabinets | Brandom Inventory | Net 10 Days |

| Sales Rep Name | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| David W. Mallams | Best Way | 3/1/12 | 3/11/12 |

| Quantity | U/M | Description | Unit Price | Amount |
|---:|---|---|---:|---:|
| 1,316 | <Each> | 14738 5.25 X 11.625-DR BACK | 1.080 | 1,421.28 |
| 1,284 | <Each> | 14739 5.25 X 14.625-DR BACK | 1.350 | 1,733.40 |
| 2,119 | <Each> | 14742 3.75 X 8.625-DR BACK | 0.590 | 1,250.21 |
| 772 | <Each> | 14744 3.75 X 14.625-DR BACK | 0.960 | 741.12 |
| 4,959 | <Each> | 14747 3.75 X 9.875-DR BACK | 0.660 | 3,272.94 |
| 1,125 | <Each> | 14748 2.25 X 14.375-DR BACK | 0.590 | 663.75 |
| 4,129 | <Each> | 14749 3.75 X 5.375-DR BACK | 0.360 | 1,486.44 |
| 4,059 | <Each> | 14751 3.75 X 11.375-DR BACK | 0.760 | 3,084.84 |
| 2,858 | <Each> | 14753 3.75 X 14.375-DR BACK | 0.950 | 2,715.10 |
| 673 | <Each> | 14755 3.75 X 17.375-DR BACK | 1.150 | 773.95 |
| 1,300 | <Each> | 14757 3.75 X 20.375-DR BACK | 1.340 | 1,742.00 |
| 527 | <Each> | 14759 5.25 X 8.375-DR BACK | 0.790 | 416.33 |
| 1,366 | <Each> | 14760 5.25 X 11.375-DR BACK | 1.050 | 1,434.30 |
| 427 | <Each> | 14761 5.25 X 14.375-DR BACK | 1.320 | 563.64 |
| 738 | <Each> | 14762 5.25 X 17.375-DR BACK | 1.590 | 1,173.42 |
| 2 | <Each> | 14763 5.25 X 20.375-DR BACK | 1.860 | 3.72 |
| → 2,879 | <Each> | 14765 2.25 X 11.375-DR BACK | 0.460 | 1,324.34 |
| 292 | <Each> | 14766 4.25 X 5.125-DR BACK | 0.400 | 116.80 |
| 650 | <Each> | 14767 3.75 X 26.375-DR BACK | 1.730 | 1,124.50 |
| 279 | <Each> | 14771 2.25 X 32.375-DR BACK | 1.400 | 390.60 |
| 133 | <Each> | 14773 2.25 X 17.375-DR BACK | 0.700 | 93.10 |
| 34 | <Each> | 14774 2.25 X 26.375-DR BACK | 1.040 | 35.36 |

| | |
|---|---:|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | |
| **TOTAL** | **Continued** |

Claims or discrepancies must be filed within 30 days of invoice date. Unpaid invoices over 30 days are subject to finance charge of 1 3/4% per month, 21% per year.

BRANDOM000090



# BLACK HILLS MOLDING, INC

2430 Dyess Ave.
Rapid City, SD 57701

Voice: 605-341-1158
Fax: 605-341-4351

# INVOICE

Invoice Number: B-12750
Invoice Date: Mar 1, 2012
Discount Date: Mar 11, 2012
Discount Amount:
Page: 3

### Bill To:
Brandom Holdings, LLC
Brandom Cabinets
404 Hawkins
Hillsboro, TX 76645
USA

### Ship to:
Brandom Cabinets
404 Hawkins
Hillsboro, TX 76645
USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Brandom Cabinets | Brandom Inventory | Net 10 Days | |
| Sales Rep Name | Shipping Method | Ship Date | Due Date |
| David W. Mallams | Best Way | 3/1/12 | 3/11/12 |

| Quantity | U/M | Description | Unit Price | Amount |
|---:|---|---|---:|---:|
| 286 | <Each> | 14775 2.25 X 8.375-DR BACK | 0.340 | 97.24 |
| 759 | <Each> | 14776 5.25 X 5.375-DR BACK | 0.510 | 387.09 |
| 814 | <Each> | 14781 3.75 X 6.875-ROS BACK | 0.460 | 374.44 |
| 354 | <Each> | 14782 3.75 X 9.875-ROS BACK | 0.660 | 233.64 |
| 389 | <Each> | 14783 3.75 X 12.875-ROS BACK | 0.860 | 334.54 |
| 1,656 | <Each> | 14784 3.75 X 15.875-ROS BACK | 1.050 | 1,738.80 |
| 559 | <Each> | 14785 3.75 X 18.875-ROS BACK | 1.250 | 698.75 |
| 150 | <Each> | 14787 3.75 X 24.875-ROS BACK | 1.630 | 244.50 |
| 640 | <Each> | 14793 2.25 X 20.5-DR SIDE | 0.890 | 569.60 |
| 266 | <Each> | 14797 5.25 X 14.5-DR SIDE | 1.440 | 383.04 |
| 585 | <Each> | 14798 3.75 X 14.5-DR SIDE | 1.030 | 602.55 |
| 592 | <Each> | 14744/2010 4.016 X 14.606 | 0.960 | 568.32 |
| 236 | <Each> | 14694/2030 4.016 X 23.606 | 1.560 | 368.16 |
| 46 | <Each> | 14675/2040 4.016 X 26.606 | 1.740 | 80.04 |
| 404 | <Each> | 14789/2045 4.016 X 31.5 | 2.020 | 816.08 |
| 156 | <Each> | 44681/2065 7.992 X 14.646 | 1.850 | 288.60 |
| 132 | <Each> | 44837/2067 7.992 X 23.606 | 2.940 | 388.08 |
| 125 | <Each> | 44836/2069 7.992 X 29.606 | 3.720 | 465.00 |
| 173 | <Each> | 44831/2072 7.992 X 32.606 | 4.500 | 778.50 |
| 50 | <Each> | 214747 3.75 X 9.5 -DR BACK | 0.640 | 32.00 |
| 50 | <Each> | 214751 3.75 X 11 -DR BACK | 0.740 | 37.00 |
| 420 | <Each> | 214757 3.75 X 20 -DR BACK | 1.310 | 550.20 |

| | |
|---|---:|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | |
| TOTAL | Continued |

Claims or discrepancies must be filed within 30 days of
invoice date. Unpaid invoices over 30 days are subject to
finance charge of 1 3/4% per month, 21% per year.

BRANDOM000091



# BLACK HILLS MOLDING, INC

2430 Dyess Ave.
Rapid City, SD 57701

Voice: 605-341-1158
Fax: 605-341-4351

# INVOICE

Invoice Number: B-12750
Invoice Date: Mar 1, 2012
Discount Date: Mar 11, 2012
Discount Amount:
Page: 4

**Bill To:**
Brandom Holdings, LLC
Brandom Cabinets
404 Hawkins
Hillsboro, TX 76645
USA

**Ship to:**
Brandom Cabinets
404 Hawkins
Hillsboro, TX 76645
USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Brandom Cabinets | Brandom Inventory | Net 10 Days | |
| **Sales Rep Name** | **Shipping Method** | **Ship Date** | **Due Date** |
| David W. Mallams | Best Way | 3/1/12 | 3/11/12 |

| Quantity | U/M | Description | Unit Price | Amount |
|---:|---|---|---:|---:|
| 753 | <Each> | 14700/2210 7.913 X 17.520 | 1.700 | 1,280.10 |
| 474 | <Each> | 14790/2215 7.913 X 20.512 | 2.770 | 1,312.98 |
| 171 | <Each> | 225RL 2.25 X 48" | 2.170 | 371.07 |
| 306 | <Each> | 244840 7.25 X 20 -DR BACK | 2.520 | 771.12 |
| 1,216 | <Each> | 44680 7.25 X 11.625-DR BACK | 1.850 | 2,249.60 |
| 988 | <Each> | 44681 7.25 X 14.625-DR BACK | 1.850 | 1,827.80 |
| 675 | <Each> | 44683 7.25 X 17.625-DR BACK | 2.230 | 1,505.25 |
| 150 | <Each> | 44830 7.25 X 32-DR BACK | 4.410 | 661.50 |
| 199 | <Each> | 44831 7.25 X 32.625-DR BACK | 4.500 | 895.50 |
| 901 | <Each> | 44834 7.25 X 26.625-DR BACK | 3.350 | 3,018.35 |
| 370 | <Each> | 44836 7.25 X 29.625-DR BACK | 3.720 | 1,376.40 |
| 185 | <Each> | 44837 7.25 X 23.375-DR BACK | 2.940 | 543.90 |
| 319 | <Each> | 44839 7.25 X 23.625-DR BACK | 2.970 | 947.43 |
| 73 | <Each> | 44840 7.25 X 20.375-DR BACK | 2.570 | 187.61 |
| 572 | <Each> | 44842 7.25 X 17.375-DR BACK | 2.190 | 1,252.68 |
| 252 | <Each> | 44845 7.25 X 14.375-DR BACK | 1.820 | 458.64 |
| 126 | <Each> | 44846 7.25 X 14-DR BACK | 1.780 | 224.28 |
| 800 | <Each> | 44847 7.25 X 11.375-DR BACK | 1.450 | 1,160.00 |
| 647 | <Each> | 014732 Lineal Draw Side 5/8 x 7-1/4 x 48" | 6.680 | 4,321.96 |
| 4 | <Each> | 44838/8010.5 8 X 10.5 | 1.060 | 4.24 |
| 157 | <Each> | 44681/8016.5 8 X 16.5 | 1.850 | 290.45 |

| | |
|---|---:|
| Subtotal | 77,147.35 |
| Sales Tax | |
| Total Invoice Amount | 77,147.35 |
| Payment/Credit Applied | |
| **TOTAL** | **77,147.35** |

Claims or discrepancies must be filed within 30 days of invoice date. Unpaid invoices over 30 days are subject to finance charge of 1 3/4% per month, 21% per year.

BRANDOM000092