# Invoice

**BLACK HILLS MOLDING INC**

2430 Dyess Ave.  
Rapid City, SD 57701  
Voice: 605-341-1158  
Fax: 605-341-4351

| | |
|---|---|
| Invoice Number | B-12108 |
| Invoice Date | Mar 24, 2011 |
| Payment Due | 4/3/11 |
| Page: | 1 |
| Discount Amount | |
| Discount If Paid By: | 3/24/11 |

**Sold To:**  
BRANDOM HOLDINGS, LLC  
Brandom Cabinets  
404 Hawkins St.  
Hillsboro, TX 76645

**Ship To:**  
Brandom Cabinets  
404 Hawkins St.  
Hillsboro, TX 76645  
USA

| Customer ID | Customer PO | |
|---|---|---|
| Brandom Cabinets | 234317 | |
| BHM Reference | Shipping Method | Payment Terms |
| B-12108 | Fed Ex Freight | Net 10 Days |

| Quantity | U/M | Description | Unit Price | Extension |
|---|---|---|---|---|
| 250 | <Each> | 14738 5.25 X 11.625-DR BACK-FROM BR2050 | 1.170 | 292.50 |
| 84 | <Each> | 14739 5.25 X 14.625-DR BACK | 1.430 | 120.12 |
| 168 | <Each> | 14739 5.25 X 14.625-DR BACK-FROM BR2055 | 1.430 | 240.24 |
| 200 | <Each> | 14759 5.25 X 8.375-DR BACK | 0.890 | 178.00 |
| 100 | <Each> | 44684 7.25 X 20.625-DR BACK | 2.700 | 270.00 |
| 100 | <Each> | 44683 7.25 X 17.625-DR BACK | 2.340 | 234.00 |

| | | |
|---|---|---|
| Subtotal | 13.35 | 1,334.86 |
| Sales Tax | | |
| Freight | | |
| Total Invoice Amount | | 1,334.86 |
| Payment Received | | |

.ims or discrepancies must be filed within 30 days of invoice date. Unpaid invoices over 30 days are subject to finance charge of 1 3/4% per month, 21% per year.

**EXHIBIT 1**

Comm ✓  
BH MOLDING 761 WB ✓  
JOB ✓

# BRANDOM CABINETS 404 Hawkins, Hillsboro, TX 76645

**Purchase Order**

PO# 235219

235219

B-12403

To:
07111
BLACK HILLS MOLDING
2430 DYESS AVENUE
RAPID CITY          SD  57701

605-341-1158

For:

NOTIFY:   AVID MALLAMS

WOULD YOU LET ME KNOW HOW QUICKLY YOU CAN SHIP THESE?
THEY ARE ALL BLANKS.

Fax Confirmation to: (254)580-1210

ATTN:

1½-10 N-30

COMMON CARRIER

| Line | Qty | Part# | Description | Req Date | Price Ea | Ext Price |
|---|---|---|---|---|---|---|
| 1.00 | 800.000 EA | B14679 | BCH PDRW BACK 5/8X5-1/4X26-5/8 | 8/08/11 | ok 2.4400 | 1,952.0000 |
| 2.00 | 1000.000 EA | B14743 | BCH PDRW BACK 5/8X3-3/4X11-5/8 | 8/08/11 | ok .7800 | 780.0000 ok |
| 3.00 | 1000.000 EA | B14744 | BCH PDRW BACK 5/8X3-3/4X14-5/8 | 8/08/11 | ok .9600 | 960.0000 ok |
| 4.00 | 1000.000 EA | B14745 | BCH PDRW BACK 5/8X3-3/4X20-5/8 | 8/08/11 | ok 1.3600 | 1,360.0000 ok |
| 5.00 | 1000.000 EA | B14746 | BCH PDRW BACK 5/8X3-3/4X32-5/8 | 8/08/11 | ok 2.3400 | 2,340.0000 ok |
| 6.00 | 1000.000 EA | B14790 | BCH PDRW BACK 5/8X7-1/4X20-1/2 | 8/08/11 | ok 2.7700 | 2,770.0000 ok |
| 7.00 | 3000.000 EA | B14792 | BCH PDRW SIDE 5/8X3-3/4X20-1/2 | 8/08/11 | ok 1.4500 | 4,350.0000 ok |
| 8.00 | 1000.000 EA | B14794 | BCH PDRW SIDE 5/8X5-1/4X17-1/2 | 8/08/11 | ok 1.7300 (2.11) | 1,730.0000  700 (plus 300 pcs from 14743 +.25") 2.26 ok |
| 9.00 | 2000.000 EA | B14795 | BCH PDRW SIDE 5/8X3-3/4X17-1/2 | 8/08/11 | ok 1.2400 | 2,480.0000 700 (plus 300 pcs from BR60915) 335 pcs/W 1.24 ok |
| 10.00 | 200.000 EA | B44684 | BCH PDRW BACK 5/8X7-1/4X20-5/8 | 8/08/11 | ok 2.6000 | 520.0000 ok |
| 11.00 | 300.000 EA | B44831 | BCH PDRW BACK 5/8X7-1/4X32-5/8 | 8/08/11 | ok 4.5000 | 1,350.0000 ok |

ALL OF THESE ARE BIRCH BLANKS. NO DOVE-TAILING.
PART# STARTING W/B=NO DOVETAIL

TOTAL:    20592.00

PHYLLIS

BH MOLDING 629

Handwritten notes: 608 (plus 101 pcs from BR595 Re ordered)
1.41 plus 605 plus 700 from BR7015