UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

BLACK HILLS MOLDING, INC.,               )
                                         )                    12-5051
                          Plaintiff,     )
                                         )
vs.                                      )          **JOINT MOTION TO DISMISS**
                                         )             **WITH PREJUDICE**
BRANDOM HOLDINGS, LLC,                    )
                                         )
                          Defendant.     )

Come now the above parties, individually and through their undersigned attorneys, and hereby request that the Court enter its Judgment dismissing this matter with prejudice, with each party to bear its own costs and attorneys fees.

Dated this _17th_ day of November, 2015.

Gregory J. Sperlich
DeMersseman Jensen
   Tellinghuisen & Huffman, LLP
Attorneys for Plaintiff
516 5th Street, PO Box 1820
Rapid City SD  57709-1820
(605) 342-2814

Dated this _23rd_ day of November, 2015.

Joshua P. Martin
Gordon & Rees, LLP
Attorneys for Defendant
2100 Ross Avenue, Suite 2800
Dallas, TX  75201

Jana Smoot White
GPNA
506 6th St.
Rapid City, SD
57701