UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| BLACK HILLS MOLDING, INC.,<br><br>              Plaintiff,<br>vs.<br>BRANDOM HOLDINGS, LLC,<br><br>              Defendant. | CIV. 12-5051-JLV<br><br>ORDER |

    Pursuant to the parties' joint motion to dismiss (Docket 61), it is

    ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice and with each party to bear its own costs and attorneys' fees.

    Dated November 23, 2015.

                            BY THE COURT:

                            /s/ *Jeffrey L. Viken*
                            JEFFREY L. VIKEN
                            CHIEF JUDGE